In the Matter of MADELINE ACOSTA, Respondent, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Appellants.

Submitted January 19, 2010; decided February 16, 2010

Motion by Senator Bill Perkins for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.